**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MARCUS RUBEN ELLINGTON,        )        No. C 11-01507 JW (PR)
                                    )
12              Plaintiff,          )        ORDER OF DISMISSAL
                                    )
13        vs.                       )
                                    )
14                                  )
     STATE OF CALIFORNIA, et al.,   )
15                                  )
                Defendants.         )
16                                  )
                                    )
17   _____ )
18          Plaintiff filed a <u>pro</u> <u>se</u> civil rights complaint pursuant to 42 U.S.C. § 1983.
19   Plaintiff has also filed an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Docket No. 3),
20   and a motion for preliminary injunction, (Docket No. 4).
21          Plaintiff's complaint appears identical to the complaint filed in a prior case
22   before this Court: Case No. C 11-00287 JW (PR), which is currently pending in this
23   Court.  Therefore, the instant case is DISMISSED as duplicative of plaintiff's earlier
24   filed complaint.
25          The clerk shall terminate all pending motions as moot.
26
27   DATED: _____April 21, 2011_____          _____
28                                              JAMES WARE
                                                United States District Chief Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.11\01507Ellington_dism-dupl.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

               Plaintiff,

   v.

STATE OF CALIFORNIA, et al.,

               Defendants.

                                     /

Case Number: CV11-01507 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/22/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus Ruben Ellington E-44837
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

Dated: _____4/22/2011_____

                                    Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk